Mike Meier
Email address: contact@copyrightdefenselawyer.com
THE COPYRIGHT LAW GROUP, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Tel: 888-407-6770
Fax: 703-546-4990

Attorney for Plaintiff Digital Sin, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Digital Sin, Inc.<br><br>    Plaintiff,<br><br>v.<br><br>DOES 1-88,<br><br>    Defendants. | CASE NO. 12-CV-00024-PJM<br><br>**Fed. R. Civ. P. 41(a) Dismissal With Prejudice of Specific Doe Defendant(s), Namely Doe(s) 4, 6, 11, 46, 53, 57** |

    Plaintiff having reached settlement(s) with the respective Doe Defendant(s) listed in the following table,

| Doe No. | IP Address | Timestamp (U.S. Eastern Time) |
|---|---|---|
| Doe 4 | 108.15.71.109 | 2011-10-30 19:34:31 -0400 |
| Doe 6 | 108.15.76.230 | 2011-11-22 23:52:52 -0500 |
| Doe 11 | 108.3.217.40 | 2011-10-18 01:54:05 -0400 |
| Doe 46 | 69.140.150.40 | 2011-10-19 19:26:49 -0400 |
| Doe 53 | 69.250.169.219 | 2011-10-24 20:48:28 -0400 |
| Doe 57 | 71.179.26.4 | 2011-11-24 10:26:24 -0500 |

Plaintiff dismisses with prejudice each of the specific Defendant(s) listed above from the above identified action pursuant to Fed. R. Civ. P. 41(a).

1
2
3  Date: March 14, 2012
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

_____
Mike Meier
Email address: contact@copyrightdefenselawyer.com
THE COPYRIGHT LAW GROUP, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Tel: 888-407-6770
Fax: 703-546-4990

Attorney for Plaintiff Digital Sin, Inc.